UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:18-CR-133 |
| ) | JUDGE GREER |
| SCOTT GREGORY ROIX ) | |
| and ) | |
| HEALTHRIGHT LLC ) | |

## UNSEALING ORDER

Upon Motion of the United States Attorney and it appearing that the reasons for sealing all documents in this matter no longer exist, it is hereby ORDERED that the Clerk unseal the above-styled case the Information [Doc. 3], the Plea Agreement for defendant Scott Gregory Roix [Doc. 4], and the Plea Agreement for defendant HealthRight LLC [Doc. 8].

All Plea Agreement Supplements, either filed separately or as Exhibit Attachment to Addendum [Doc. 19] shall remain sealed.

ENTERED this 11th day of October, 2018

CLIFTON L. CORKER
UNITED STATES MAGISTRATE JUDGE