# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT ROIX,<br><br>*Defendant*. | No. 2:18-CR-133-JRG-CRW |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
## SENTENCING HEARING AND RELATED DEADLINES

Defendant Scott Roix requests that the Court continue his sentencing hearing, currently set for January 10, 2022 (Doc. 53), for at least 120 days.

As grounds for this motion, Mr. Roix states that he pleaded guilty to a two-count Information on September 26, 2018. (Docs. 3, 4, 12.) Since that time, Mr. Roix has been involved in activities in a related case that could affect his sentencing. (*See* Gov't Mots. to Continue Sentencing, Docs. 28, 34, 41, 44, 48.) Those activities remain ongoing. It is in the best interests of justice, and the best interests of Mr. Roix, for the sentencing hearing to be continued so those and other related activities can be resolved prior to Mr. Roix's sentencing. Mr. Roix also requests that the Court continue all filing deadlines related to his sentencing, including the deadline for the submission of a presentence report by the United States Probation Office and the deadlines for Mr. Roix to file a sentencing memorandum and objections to a presentence report.

Mr. Roix's counsel conferred with counsel for the Government regarding these requests and were advised that the Government does not oppose this motion.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By:   */s/ Zachary H. Greene*
     Roger W. Dickson, Tenn. BPR No. 001933
     Zachary H. Greene, Tenn. BPR No. 024451
1200 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
roger.dickson@millermartin.com
zac.greene@millermartin.com

**FOLEY & LARDNER LLP**

Christopher M. Kise, *pro hac vice*
106 East College Avenue
Suite 900
Tallahassee, Florida 32301
Telephone (840) 222-6100
ckise@foley.com

***Attorneys for Defendant Scott Roix***

## CERTIFICATE OF SERVICE

      This certifies that this document has been filed electronically using the Court's CM/ECF system. Notice and a copy of this filing will be sent by operation of the CM/ECF system to all parties on the electronic filing receipt. All other parties will be served by United States Mail or hand delivery. All parties may access this filing through the CM/ECF system.

      Date: October 20, 2021.

      **MILLER & MARTIN PLLC**

      */s/ Zachary H. Greene*